# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON TROY WHITE BEAR,<br><br>Defendant. | CR-16-08-GF-BMM-01<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 7, 2016 (Doc. 24.) Neither party objected. The Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Johnston has recommended that this Court accept White Bear's guilty plea after the Court has reviewed the Plea Agreement and the Presentence Investigation Report. White Bear appeared before Judge Johnston pursuant to Federal Rule of Criminal Procedure 11, and entered his guilty plea to one count of Felony Child Abuse, as set forth in the Information. I find no clear error in Judge

1

Johnston's Findings and Recommendations, and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and the Presentence Investigation Report.

Accordingly, **IT IS ORDERED** that Ramon Troy White Bear's motion to change plea (Doc. 16) is **GRANTED.**

DATED this 25th day of April, 2016.

Brian Morris
United States District Court Judge