IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>RAMON TROY WHITE BEAR,<br><br>Defendant. | CR-16-08-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 17, 2024. (Doc. 59.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 16, 2024. (Doc.58.) The United States accused Ramon White Bear (White Bear) of violating

his conditions of supervised release 1) by using methamphetamine;  2) by failing to comply with his substance abuse testing requirements; 3) by failing to follow the instructions of his probation officer; and 4) by committing another crime. (Doc. 50.)

At the revocation hearing, White Bear admitted to having violated the conditions of his supervised release 1) by using methamphetamine; 2) by failing to comply with his substance abuse testing requirements; and 3) by committing another crime.  The Court dismissed alleged violation 3 on the government's motion. (Doc. 58.)  Judge Johnston found that the violations White Bear admitted are serious and warrants revocation of his supervised release and  recommends a sentence until January 19, 2024 at 1:00 p.m., with no  supervised release to follow. White Bear was advised of his right to appeal and allocute before the undersigned and waived those rights.  (Doc. 58.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 59) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Ramon Troy White Bear be sentenced to the Bureau of Prison until January 19, 2024 at 1:00 p.m. with no supervised release to follow.

DATED this 18th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court